IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00361-BNB

LYNN EUGENE SCOTT,

    Applicant,

v.

WARDEN OF THE BUENA VISTA CORRECTIONAL CENTER,

    Respondent.

---

ORDER DRAWING CASE

---

    Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be assigned to a district judge and a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Therefore, the case will be assigned to Judge William J. Martínez pursuant to D.C.COLO.LCivR 40.1C.1. and to Magistrate Judge Kristin L. Mix. Accordingly, it is

    ORDERED that this case shall be assigned to Judge William J. Martínez pursuant to D.C.COLO.LCivR 40.1C.1. and to Magistrate Judge Kristin L. Mix.

    DATED March 21, 2011, at Denver, Colorado.

                             BY THE COURT:

                             s/ Boyd N. Boland
                             United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00361-BNB

Lynn E. Scott
Prisoner No. 60760
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 21, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk